IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § <br> § <br> §   CASE NUMBER 4:21-CR-00045-JDK <br> § <br> v.                                    § <br> § <br> § <br> NOE LORENZO PENA-PANDO (1)    § |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
### OF FACT AND RECOMMMENDATION ON GUILTY PLEA

The Court referred this matter to the Honorable Kimberly Priest Johnson, United States Magistrate Judge, for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The Magistrate Judge conducted a hearing in the form and manner prescribed by Rule 11 and issued Findings of Fact and Recommendation on Guilty Plea.  The Magistrate Judge recommended that the Court accept Defendant's guilty plea and adjudge Defendant guilty on Count One of the Indictment.

The parties have not objected to the Magistrate Judge's findings.

Having reviewed the Magistrate Judge's findings and recommendation, the Court hereby **ADOPTS** the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge.

In accordance with Defendant's guilty plea, the Court finds Defendant **NOE LORENZO PENA-PANDO  GUILTY** of Count One of the Indictment, charging a violation of Title 21 U.S.C. § 846.

So **ORDERED** and **SIGNED** this **7th**    day of  **September, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE